# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 14-7092 | September Term, 2014 |
| | 1:09-cv-02459-JEB |
| | Filed On: September 23, 2014 [1513565] |

Albert J. Adams,

      Appellant

    v.

District of Columbia,

      Appellee

## O R D E R

Upon consideration of appellant's second consent motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | November 10, 2014 |
| Appellee's Brief | December 10, 2014 |
| Appellant's Reply Brief | December 24, 2014 |
| Deferred Appendix | December 31, 2014 |
| Final Briefs | January 14, 2015 |

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

BY:   /s/
          Michael C. McGrail
          Deputy Clerk