# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

_____

## ALBERT ADAMS,

### Appellant,

### v.

## DISTRICT OF COLUMBIA,

### Appellee.

### No. 14-7092

_____

## CONSENT MOTION TO WITHDRAW BRIEF AND FILE CORRECTED BRIEF

1. Appellant seeks the Court's consent to withdraw his brief and file a corrected brief.  The corrected brief *will contain no substantive changes*. The references to the Joint Appendix  in Appellant's present brief will instead be replaced with specific references to the record.

2. Appellant's brief presently refers to the "JA" for joint appendix, with blanks, because the parties have not yet decided upon an appendix.  Appellant's counsel chose to do, this after consulting with Appellant's counsel's printer.

3. Appellant's counsel had done this once before, in a case before this Court, at the suggestion of the other party, although Appellant's counsel now recalls

that the other side had prepared a tentative joint appendix at the time.

Appellant's counsel had remembered , while preparing the brief, only that

the "JA" format had been acceptable to this Court at the time.

4. Appellant's counsel asks that he be allowed until November 21, 2014, to
   make these changes, although he hopes to complete the corrected brief by
   today or tomorrow.

5. Appellant's counsel has consulted with the Appellee's counsel, Holly
   Johnson, Esq., and Ms. Johnson has graciously agreed to the withdrawal of
   the brief, to the filing of a corrected brief, and to the November 21, 2014
   deadline.

6. Appellant's counsel apologizes to the Court and to Appellee's counsel for
   any inconvenience.

7. Again, there will be no substantive changes in the brief.

8. Hence, for the aforesaid reasons, Appellant's Motion seeking the Court's
   leave to withdraw his brief, and to file a corrected brief, should be granted.

Respectfully submitted,

_____/s/_____
James L. Fuchs, Bar #17092

2

**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

_____

**ALBERT ADAMS,**

**Appellant,**

**v.**

**DISTRICT OF COLUMBIA,**

**Appellee.**

**No. 14-7092**

_____


**<u>ORDER</u>**

1.  Having considered Appellant's Consent Motion for the Court's leave to

    withdraw his brief, and file a corrected brief,

    IT IS HEREBY ORDERED:

    That Appellant's Motion is granted; and

    IT IS FURTHER ORDERED:

    That Appellant's corrected brief is due on or before November 21,

    2014.


_____                                    _____

DATED:                                         FOR THE COURT