# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| No. 14-7092 | September Term, 2014 |
| | 1:09-cv-02459-JEB |
| | Filed On: November 19, 2014 [1523232] |

Albert J. Adams,

      Appellant

    v.

District of Columbia,

      Appellee

## O R D E R

Upon consideration of appellant's consent motion to withdraw brief and file corrected brief, it is

**ORDERED** that the motion be granted. Appellant's corrected brief is now due on or before November 21, 2014.

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                               BY:   /s/
                                              Michael C. McGrail
                                              Deputy Clerk